UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIONESS MOVEMENT, INC., | Civil Case No. 1:21-cv-07429 |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| THE LAWFARE PROJECT, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the undersigned, Kristie M. Blase, of the law firm Felicello Law P.C., hereby enters her appearance in this action as counsel for Plaintiff Zioness Movement, Inc. and requests that all pleadings and papers in this action be served upon the undersigned.

Dated: New York, New York
April 8, 2022

FELICELLO LAW P.C.

By: __/s/ Kristie M. Blase__
Kristie M. Blase
366 Madison Avenue
3rd Floor
New York, New York 10017
Tel. (646) 564-3510
kristie@felicellolaw.com
*Counsel for Plaintiff Zioness Movement, Inc.*

To:   All counsel of record via ECF

1