**GOLDBERG SEGALLA**

Matthew S. Trokenheim | Partner
Direct 973.681.7024 | mtrokenheim@goldbergsegalla.com

April 8, 2022

The requests are granted. So ordered.
/s/ Alvin K. Hellerstein
April 11, 2022

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Court, Southern District of New York
United States Courthouse
500 Pearl Street
Room 1050
New York, New York 10007

**Re:**   *Zioness Movement, Inc. v. The Lawfare Project, Inc.*
         S.D.N.Y. Case No. 1:21-cv-07429-AKH

Dear Judge Hellerstein:

I write on behalf of The Lawfare Project, Inc. ("Lawfare"), defendant and counterclaimant in the above-reference matter, and with the consent of Plaintiff Zioness Movement, Inc. ("Zioness"), to request the permanent sealing of a document filed yesterday on the docket at Doc. No. 29, and for permission to replace with a redacted version.

On April 7, 20222, I filed on behalf of Lawfare a document containing an Answer to Zioness's Complaint, Affirmative Defenses, Counterclaims against Zioness, and claims against a new party Amanda Berman. In the Counterclaims section titled Parties, I unthinkingly included an allegation as to Ms. Berman's alleged home address. Zioness's counsel immediately asked me to remove the home address from the public docket, to which I immediately agreed to attempt to do. The Clerk's office temporarily sealed the document at my request, and instructed me to file a request with Your Honor that the document be permanently sealed, and that Lawfare be permitted to file a replacement document.

By this letter, Lawfare requests, with the consent of Zioness, that Doc. No. 29 be sealed, and that Lawfare be permitted to file a version redacting Ms. Berman's alleged home address.

Thank you in advance for your consideration of this matter.

**Please send mail to our scanning center at: PO Box 880, Buffalo NY 14201**

**OFFICE LOCATION** 711 3rd Avenue, Suite 1900, New York, NY 10017-4013 | **PHONE** 646-292-8700 | **FAX** 973-681-7101 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA

Hon. Alvin K. Hellerstein
April 8, 2022
Page 2

Respectfully submitted,

**GOLDBERG SEGALLA LLP**


*/s/ Matthew S. Trokenheim*
Matthew S. Trokenheim

MST:

To:    All Parties via ECF

       Amanda Berman (via email)
       c/o Rosanne Felicello