**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ZIONESS MOVEMENT, INC,

                              Plaintiff,

                    -against-

THE LAWFARE PROJECT, INC.,

                              Defendants.

------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _ 12/1/2022
```

**21-CV-07429 (AKH) (VF)**

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A settlement conference in this matter is scheduled for **Monday, January 9, 2023,**
**at 10:00 a.m**, via Zoom. The Zoom information will be emailed to the parties closer to the
conference date. Parties must attend the settlement conference, accompanied by that party's
attorney, and corporate parties must send a representative with decision making authority to
settle the matter. The parties are directed to refer to the Court's standing order applicable to
settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo
As indicated in that order, parties must submit pre-conference submissions, via e-mail to
chambers, no later than **January 3, 2023.**

**SO ORDERED.**

DATED:        December 1, 2022

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge