UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------- x
ZIONESS MOVEMENT, INC.,                        :
                                               :
                                 Plaintiff,    :       ORDER
                                               :
            -against-                          :       21 Civ. 7429 (AKH)
                                               :
THE LAWFARE PROJECT, INC.,                     :
                                               :
                Defendant / Third-Party Plaintiff, :
                                               :
            -against-                          :
                                               :
ZIONESS MOVEMENT, INC. and AMANDA              :
BERMAN,                                        :
                                               :
                    Third-Party Defendants.    :
------------------------------------------------------------------- x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

On April 26, 2023, I heard oral arguments on all outstanding motions. ECF Nos. 76, 83, 66, 71 and 86. For the reasons stated on the record, I resolved the motions as follows.

I granted the motion of Defendant The Lawfare Project, Inc. ("LPI") for an order substituting Dhillon Law Group Inc. for Goldberg Segalla LLP as counsel of record for LPI. ECF No. 76.

I resolved Plaintiff's and Third-Party Defendant Amanda Berman's joint motion to compel, ECF No. 83, by ordering, with the Parties' consent, the following discovery schedule.

Brooke Goldstein, the Executive Director of LPI, shall be deposed on May 17, 2023.

Henry Shiner, a member of LPI's board, shall be deposed on May 3, 2023.

Benjamin Ryberg, LPI's 30(b)(6) witness, shall be deposed on May 9, 2023.

Nancy Kelly, LPI's accountant, shall be deposed on May 11, 2023.

By May 3, 2023, Nancy Kelly, who will be represented by Defendant's counsel, shall produce all documents requested in the subpoena served on her on March 2, 2023. ECF No. 84-

13.

Defendant must produce a privilege log listing any documents being withheld, and the justifications for withholding said documents, conforming to Local Rule 26.2, by May 12, 2023.

The close of fact discovery is extended from May 12, 2023, to June 23, 2023.

I denied Plaintiff's and Third-Party Defendant Amanda Berman's joint motion for sanctions as premature prior to a motion for summary judgment or findings of fact at a trial.  ECF No. 66.

I granted LPI's motion to redact Exhibit J to the motion for sanctions, ECF No. 71, but only those portions of the document that contain information regarding company financial information and compensation figures.  I also grant LPI's request to file the unredacted version of Exhibit J under seal.

I granted Plaintiff's and third-party Defendant Amanda Berman's joint motion to file a redacted version of Exhibit 9 to the Declaration of Rosanne E. Felicello, dated March 27, 2023, but only those portions of the document that contain the compensation figures for Brooke Goldstein, the executive director of LPI.  ECF No. 86.  The Parties shall file unredacted versions of these documents under seal.

Parties shall appear for a telephonic status conference on May 5, 2023, at 10 a.m. to advise about settlement.  The status conference previously scheduled for May 19, 2023, is adjourned to July 7, 2023, at 10 a.m.

The clerk shall terminate ECF Nos. 76, 83, 66, 71 and 86.


SO ORDERED.

Dated:          April 26, 2023
                New York, New York

                                    ALVIN K. HELLERSTEIN
                                    United States District Judge