UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
ZIONESS MOVEMENT, INC.,                                          :
:
                                             Plaintiff,          :   **ORDER**
:
           -against-                                             :   21 Civ. 7429 (AKH)
:
THE LAWFARE PROJECT, INC.,                                       :
:
           Defendant / Third-Party Plaintiff,                    :
:
           -against-                                             :
:
ZIONESS MOVEMENT, INC. and AMANDA                                :
BERMAN,                                                          :
:
                         Third-Party Defendants.                 :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On June 20, 2023, Plaintiff and Counterclaim Defendant Zioness Movement, Inc. ("ZMI"), along with Third-Party Defendant Amanda Berman ("Berman"), filed a letter detailing ongoing discovery disputes with Defendant and Third-Party Plaintiff The Lawfare Project, Inc. ("LPI"). ECF No. 101.

        The complaining parties are instructed to move, by July 7, 2023, for sanctions regarding any manner of discovery ordered or demanded, but not produced. Any opposition to said motion shall be served on the moving party and filed with this Court by July 14, 2023.

        The parties are reminded that the Court takes violations of discovery obligations very seriously.

        The clerk shall terminate ECF No. 101.

Dated:    June 29, 2023                                  /s/  Alvin K. Hellerstein
             New York, New York                    ALVIN K. HELLERSTEIN
                                                                        United States District Judge