UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ZIONESS MOVEMENT INC.,

                            Plaintiff,

  -against-

THE LAWFARE PROJECT, INC.,

          Defendant / Third-Party Plaintiff,

  -against-

ZIONESS MOVEMENT, INC. and AMANDA BERMAN,

                    Third-Party Defendants.

------------------------------------------------------------- x

**ORDER**

21 Civ. 7429 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The conference scheduled for July 28, 2023, is adjourned to August 2, 2023, at 2:30 pm in Courtroom 14D, 500 Pearl Street. The parties should be prepared to present argument concerning the pending motion for sanctions, ECF No. 105.

       No later than July 31, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:    July 27, 2023
             New York, New York

                                    /s/ Alvin K. Hellerstein
                                    ALVIN K. HELLERSTEIN
                                    United States District Judge