UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
ZIONESS MOVEMENT, INC.,   :
                   Plaintiff,   :
    -against-   :
 
THE LAWFARE PROJECT, INC.,   :
                 Defendant.   :
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7429 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties may withdraw their stipulated facts and file a final stipulation of facts, if any are agreed upon, as part of a revised joint pre-trial order, by November 17, 2023 at 12 p.m.

      SO ORDERED.

Dated:    November 13, 2023
              New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge