UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ZIONESS MOVEMENT INC.,

    Plaintiff / Counterclaim Defendant,

-against-

THE LAWFARE PROJECT, INC.,

    Defendant / Counterclaim Plaintiff.
------------------------------------------------------------- x

**SCHEDULING ORDER**

21 Civ. 7429 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The trial scheduled for January 8, 2024 is adjourned until January 29, 2024 at 10 a.m.

    SO ORDERED.

Dated:    November 30, 2023            /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                                           United States District Judge