UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                           :

ZIONESS MOVEMENT INC.,              :

                                                           :    **ORDER REGULATING**

              Plaintiff / Counterclaim Defendant,  :    **PROCEEDINGS**

                                                           :

       -against-                                   :    21 Civ. 7429 (AKH)

                                                           :

THE LAWFARE PROJECT, INC.,        :

                                                           :

              Defendant / Counterclaim Plaintiff.  :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant's proposal as to the first day of trial is accepted, with testimony to begin on March 6, 2024.  *See* ECF No. 184.  A witness may appear via video deposition provided there has been proper and adequate notice of the portions sought to be introduced.  *See* ECF No. 158.

        The parties shall meet and confer regarding the other issues raised by letter.  The parties shall file a revised joint pretrial order by February 20, 2024.


        SO ORDERED.

Dated:    February 5, 2024
              New York, New York                                      ALVIN K. HELLERSTEIN
                                                                             United States District Judge