UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
ZIONESS MOVEMENT INC.,                                         :
                                                                :     **ORDER REGULATING**
                    Plaintiff / Counterclaim Defendant,     :     **PROCEEDINGS**
:
             -against-                                     :     21 Civ. 7429 (AKH)
:
THE LAWFARE PROJECT, INC.,                                     :
:
                    Defendant / Counterclaim Plaintiff.     :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court asks the parties to sign and file a revised joint pretrial order by February 27, 2024 at 12 p.m., attaching as exhibits all documents referenced that shall be contained in the pretrial order.  There shall be no section regarding adverse inferences.  Adverse inferences will be left for rulings and discussions at trial.

        SO ORDERED.

Dated:    February 26, 2024
             New York, New York                          ALVIN K. HELLERSTEIN
                                                                   United States District Judge