**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ZIONESS MOVEMENT, INC.,

                      Plaintiff,　　　　　　　21 **CIVIL** 7429 (AKH)

       -against-　　　　　　　　　　　　　**JUDGMENT**

THE LAWFARE PROJECT, INC.,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Alvin K. Hellerstein, United States District Judge, both parties having requested declarations of their rights opposing and defending the registration of the trademark ZIONESS on the principal register of the U.S. Patent and Trademark Office in classes 16, 35, and 41; And the issues having been tried to a jury on March 5, 6, 7, 11, 12, 13, and 14; And the jury having delivered a verdict on March 15, 2024 that both The Lawfare Project, Inc. and Zioness Movement, Inc. own the ZIONESS trademark; And said verdict also having found that Zioness Movement, Inc. did not commit fraud on the U.S. Patent and Trademark Office in the course of registering the ZIONESS trademark;

      It is therefore **ORDERED, ADJUDGED AND DECREED** that: Zioness Movement, Inc. and The Lawfare Project, Inc. are equal co-owners of the trademark rights in and to the ZIONESS trademark, with equal right to use the trademark. The Lawfare Project, Inc. has not infringed upon Zioness Movement, Inc.'s trademark rights. Pursuant to 15 U.S.C. § 1119, the U.S. Patent and Trademark Office is ordered to amend Registration No. 6,048,225 to provide that The Lawfare Project, Inc. and Zioness Movement, Inc. are co-registrants and co-owners of

the ZIONESS trademark.

**DATED:** New York, New York
March 27, 2024

**So Ordered:**

_____
/U.S.D.J.

**RUBY J. KRAJICK**

_____
**Clerk of Court**

BY: K. mango

_____
**Deputy Clerk**