UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                                                                  :

ZIONESS MOVEMENT INC.,                   :

                                                                                                   : **ORDER DENYING PLAINTIFF'S**

                   Plaintiff / Counterclaim Defendant,  : **MOTION FOR STAY**

                                                                                                    :

                          -against-                                  : 21 Civ. 7429 (AKH)

                                                                                                    :

THE LAWFARE PROJECT, INC.,               :

                                                                                  :

                       Defendant / Counterclaim Plaintiff.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        For the reasons set forth in the transcript, Plaintiff's motion for a stay of the enforcement of the judgment is denied.

        SO ORDERED.

Dated:     April 8, 2024
              New York, New York                          ALVIN K. HELLERSTEIN
                                                                                          United States District Judge