UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ZIONESS MOVEMENT INC.,

            Plaintiff / Counterclaim Defendant,

-against-

THE LAWFARE PROJECT, INC.,

           Defendant / Counterclaim Plaintiff.
-------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 7429 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The Court of Appeals, having issued its mandate, and Plaintiffs renewed motion for award of attorney's fees and costs having been filed prior to the issuance of the Second Circuit's opinion; the Court shall hear the parties on October 22, 2025, at 11:00 a.m. in Courtroom 14D of the Daniel Patrick Moynihan U.S. Courthouse to discuss proceeding in conformance with the mandate.

        SO ORDERED.

Dated:    October 17, 2025  
            New York, New York

        /s/ Alvin K. Hellerstein  
        ALVIN K. HELLERSTEIN  
        United States District Judge